# VERIFICATION

The undersigned, being duly sworn, states as follows: My name is Tina Garner Marsh. I am an adult resident citizen of the State of Mississippi, over the age of 21 years, of sound mind, and suffering under no legal disability. I have been involved in and have personal knowledge of the events giving rise to this civil action. The allegations in the foregoing pleading are true and correct, according to the best of my current information, knowledge, and belief, after all reasonable diligent inquiry and investigation.

This, the 10 day of June, 2024.

_____
TINA GARNER MARSH

STATE OF MISSISSIPPI
COUNTY OF LINCOLN

Personally, appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **Tina Garner Marsh**, who being by me first duly sworn and averred on oath that the matters and things set out in the above and foregoing Verification are true and correct as therein stated.

Sworn and subscribed before me, this, the 10th day of June, 2024.

_____
NOTARY PUBLIC

My Commission Expires:

06/14/2024

EXHIBIT A