IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TINA GARNER MARSH                                                          PLAINTIFF

CIVIL ACTION NO. 3:24cv339-DPJ-MTP

MANAGEMENT & TRAINING CORPORATION, *et al.*                DEFENDANTS

## ORDER RESETTING TRIAL AND PRE-TRIAL CONFERENCE

As this matter was recently reassigned[1], the trial and pre-trial conference settings should be reset to align with the civil calendar of United States District Judge Daniel P. Jordan, III.

IT IS, THEREFORE, ORDERED:

1. The jury trial is reset for a two-week trial term beginning March 2, 2026, before District Judge Daniel P. Jordan, III.

2. The pre-trial conference is reset for February 13, 2026, before District Judge Daniel P. Jordan, III.

3. Any conflicts with the new trial and pre-trial conference dates should be submitted to the District Judge and to the undersigned via e-mail (jordan_chambers@mssd.uscourts.gov and parker_chambers@mssd.uscourts.gov) on or before June 30, 2025.

4. The settlement conference remains set for September 11, 2025, before the undersigned.

5. Except as set forth herein, all other provisions of Orders [10], [17], and [22] remain in place.

SO ORDERED this 18th day of June, 2025.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Order [23].